The Honorable Thomas T. Glover
Chapter 11
EX PARTE

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re<br><br>TACO DEL MAR FRANCHISING CORP.<br>2414 SW Andover Street, Ste. D-101<br>Seattle, WA 98106<br><br>Debtor.<br><br>CONRAD & BARRY INVESTMENTS, INC.<br><br>Debtor. | Lead Case No. 10-10528-TTG<br>(Administratively Consolidated with<br>10-10529-TTG)<br><br>ORDER GRANTING DEBTORS' *EX PARTE* APPLICATION FOR AUTHORIZATION TO EMPLOY KARR TUTTLE CAMPBELL AS BANKRUPTCY COUNSEL |

THIS MATTER came before the Court upon the *ex parte* application of Taco Del Mar Franchising Corp. and Conrad & Barry Investments, Inc. (collectively, the "Debtors"), debtors-in-possession in the above-captioned administratively consolidated bankruptcy cases, for (1) an interim order conditionally authorizing the Debtors to engage Karr Tuttle Campbell as bankruptcy counsel and (2) for a final order, following notice and a hearing, confirming the Court's interim order. The Court having reviewed the Debtors' application and it appearing that Karr Tuttle Campbell's attorneys are duly authorized to practice in the United States District Court for the Western District of Washington, that Karr Tuttle Campbell does not hold or

ORDER GRANTING DEBTORS' *EX PARTE* APPLICATION
FOR AUTHORIZATION TO EMPLOY KARR TUTTLE
CAMPBELL AS BANKRUPTCY COUNSEL – 1

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313 Facsimile (206) 682-7100

Case 10-10528-TTG    Doc 59    Filed 02/09/10    Entered 02/09/10 12:54:21    Page 1 of 2

represent any interest adverse to the Debtors' estates, and that Karr Tuttle Campbell is a disinterested person within the meaning of 11 U.S.C. § 101(14), and the Court determining that it is appropriate to enter the relief requested by the Debtors' motion, it is hereby

ORDERED that the Debtors are authorized to engage Karr Tuttle Campbell as bankruptcy counsel in these administratively consolidated cases on a conditional basis subject to final approval after notice and hearing with its compensation subject to further order of the Bankruptcy Court.

DATED this ____ day of _____, 2010.

_____
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:

KARR TUTTLE CAMPBELL

By_____
  George S. Treperinas, WSBA #15434
  Andrew J. Liese, WSBA #38313
  Attorneys for Debtors-in-Possession Taco Del
  Mar Franchising Corp. and Conrad & Barry Investments, Inc.

ORDER GRANTING DEBTORS' *EX PARTE* APPLICATION
FOR AUTHORIZATION TO EMPLOY KARR TUTTLE
CAMPBELL AS BANKRUPTCY COUNSEL – 2

*Law Offices*
K ARR T UTTLE C AMPBELL
*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100