The Honorable Thomas T. Glover
Chapter 11
Hearing Location: 700 Stewart St., Rm. 7106
Hearing Date: May 7, 2010
Hearing Time: 9:30 a.m.
Response Date: April 30, 2010

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re

TACO DEL MAR FRANCHISING CORP.
2414 SW Andover Street, Ste. D-101
Seattle, WA 98106

Debtor.

Lead Case No. 10-10528-TTG
(Administratively Consolidated with 10-10529-TTG)

MOTION FOR ORDER APPROVING SALE OF ASSETS FREE AND CLEAR

TACO DEL MAR FRANCHISING CORP., (the "Debtor" or "TDM") hereby moves the Court for an order pursuant to 11 U.S.C. Section 363 approving the sale of various items of personal property to Ducky's Office Furniture of furniture from its former offices as listed in Exhibit A to the Declaration of Rick Braa filed in support of this Motion ("Exhibit A"), as well as other personal property Debtor deems surplus and unnecessary to its effective reorganization without further Court approval so long as it has the written concurrence as to the terms of sale (including the disposition of proceeds) of Banner Bank, which has a security interest over such personal property.

## BACKGROUND

TDM filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Washington at Seattle on

MOTION FOR ORDER APPROVING SALE OF ASSETS FREE AND CLEAR - 1
#740496 v1 / 43827-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-10528-TTG    Doc 132    Filed 03/29/10    Entered 03/29/10 10:45:37    Page 1 of 3

January 22, 2010. TDM is presently operating its business and managing its affairs as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

Prior to filing its bankruptcy petition, TDM's corporate office was rented from the Charles and Emma Frye Free Public Art Museum (the "Museum"). Under the lease agreement between TDM and the Museum (the "Lease"), TDM leased approximately 5,294 square feet in Suite D-101 in Building D of the Frye Commerce Center, located at 2414 SW Andover Street in Seattle, Washington, which lease has been rejected. TDM now seeks authority to sell the personal identified property in Exhibit A, as well as other personal property the Debtor deems surplus and unnecessary to its effective reorganization without further Court approval so long as it has the written concurrence as to the terms of sale (including the disposition of proceeds) of Banner Bank, which has a security interest over such personal property.

A true, correct, and complete copy of Exhibit A is submitted concurrently with this motion as an exhibit to the declaration of Richard Braa.

**AUTHORITY**

Under 11 USC Sec. 1108, unless this Court orders otherwise, the Debtors may operate during the pendency of their respective chapter 11 cases. Indeed, under 11 USC Sec. 363, the Debtors are authorized to operate "in the ordinary course of business" and use, sell and lease their property without order of the Court. Section 363(f) provides that the Debtor may sell property under subsection (b) free and clear of interests if 1) applicable nonbankruptcy law permits sale of such property free and clear of such interest, 2) such entity consents, and 3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of the liens on such property. Here, the Debtor does not believe that there are any encumbrances against the personal property it proposes to sell except for the blanket security

MOTION FOR ORDER APPROVING SALE OF ASSETS FREE AND CLEAR - 2
#740496 v1 / 43827-002

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-10528-TTG    Doc 132    Filed 03/29/10    Entered 03/29/10 10:45:37    Page 2 of 3

interest of Banner Bank, which must provide its written concurrence as to the terms of sale (including the disposition of proceeds).

## CONCLUSION

Debtor respectfully requests that the Court enter an order approving sale of its personal property (including the approval of the assets previously sold to the extent that such sales are deemed outside of the ordinary course of business) in the form of the proposed order being contemporaneously filed with the Court (i) to the highest and best bidders, (ii) to the extent that there are any encumbrances affecting the property, free and clear of any such liens, which would then attach to the proceeds of the sale.

DATED this 24th day of March 2010.

_____
George S. Treperinas, WSBA #15434
Attorneys for Taco Del Mar Franchising Corp.

MOTION FOR ORDER APPROVING SALE OF ASSETS FREE AND CLEAR - 3
#740496 v1 / 43827-002

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-10528-TTG    Doc 132    Filed 03/29/10    Entered 03/29/10 10:45:37    Page 3 of 3