THE HONORABLE KAREN A. OVERSTREET
Chapter 11
Hearing Date: October 1, 2010
Hearing Location: Seattle
Hearing Time: 9:30 am
Response Date: September 29, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>TACO DEL MAR FRANCHISING CORP.,<br><br>Debtor.<br>CONRAD & BARRY INVESTMENTS, INC.<br><br>Debtor. | No. 10-10528<br><br>RESPONSE TO MOTION FOR AN ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT AND REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND ESTABLISHING CURE AMOUNTS |

COMES NOW Northland Restaurant Group, Inc. ("Northland"), a creditor in the present proceeding, by and through its local counsel, and in response to the motion of the Debtors for an order approving the assumption and assignment and rejection of executory contracts, states as follows.

Through its attorney Mark Western, Northland contacted the Law Offices of Jeffrey B. Wells on the afternoon of September 29, 2010, the response date for the above motion. Northland requested that the Law Offices of Jeffrey Wells sponsor its attorney Mark Western, who is admitted to practice law in North Dakota, to appear pro hoc vice in the present proceeding, and to otherwise assist it in objecting to the Debtors' motion. Our office has prepared a motion, declaration, and order in support of Mark Western's pro hoc vice appearance which are awaiting signature before they are submitted.

RESPONSE - 1
Z:\Client Files\Northland Restaurant Group, Inc\Objection to Motion to Approve Sale.wpd

*Law Offices*
JEFFREY B. WELLS
502 Logan Building
500 Union Street
Seattle, Washington 98101-2332
(206) 624-0088 • Fax (206) 464-9559

With the assistance of Mark Western, Northland has prepared a limited response to the present motion, which is attached hereto as Exhibit A and incorporated by reference. Our office will review the response and, if we decide it needs to be supplemented, will file a brief response tomorrow.

Wherefore, Northland requests that the Court deny the motion of the Debtors to reject its Master Development Agreement.

DATED this 29th day of September, 2010.

Law Offices of Jeffrey B. Wells

*/s/ Emily Jarvis*
By: Emily Jarvis, WSBA #41841
Attorney for Northland Restaurant Group, Inc.

RESPONSE - 2
Z:\Client Files\Northland Restaurant Group, Inc\Objection to Motion to Approve Sale.wpd

*Law Offices*
JEFFREY B. WELLS
502 Logan Building
500 Union Street
Seattle, Washington 98101-2332
(206) 624-0088 • Fax (206) 464-9559