The Honorable Karen A. Overstreet
Chapter 11
Hearing Location: 700 Stewart St., Rm. 7206
Hearing Date: October 1, 2010
Hearing Time: 9:30 a.m.

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re<br><br>TACO DEL MAR FRANCHISING CORP.<br>Tax ID / EIN: 91-1723173<br><br>    Debtor.<br><br>CONRAD & BARRY INVESTMENTS, INC.<br>Tax ID / EIN: 91-1667322<br><br>    Debtor. | Lead Case No. 10-10528-KAO<br>(Administratively Consolidated with<br>10-10529-KAO)<br><br>DECLARATION OF STEPHEN S. McKAY REGARDING SUCCESSFUL BID |

Stephen S. McKay, makes the following declaration under penalty of perjury under the laws of the State of Washington and the United States of America:

1.  I am an attorney for Conrad & Barry Investments, Inc. ("***C&B***") and Taco Del Mar Franchising Corp. ("***TDM***"), the Debtors and Debtors-In-Possession (the "***Debtors***") in the above-captioned bankruptcy, and I make this declaration on personal knowledge.

2.  This Court previously approved the auction of substantially all of the assets of TDM, to be held of September 30, 2010 (the "***Auction***"). As evidenced by declarations on file the Debtors' counsel duly mailed notices of the Auction.

DECLARATION OF STEPHEN S. McKAY - 1
#771328 v1 / 43827-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**

3. On September 30, 2010, at 1:00 p.m. PDT, Karr Tuttle Campbell conducted the Auction live, at its offices at 1201 Third Avenue, Suite 2900, Seattle, WA 98101, pursuant to the Court-approved procedures. There were three Qualified Bidders: Taco Del Mar Acquisitions, Inc., Franchise Brands, LLC, and TDM Acquisitions, LLC. The Successful Bidder was Franchise Brands, LLC for THREE MILLION TWO HUNDRED FIFTY THOUSAND and NO/100 U.S. Dollars ($3,250,000).

4. To the best of my knowledge, the Successful Bidder is not related to the Debtors and the Debtors will retain no interest in the purchased assets.

DATED in Seattle, Washington, this 30th day of September, 2010.

_____
Stephen S. McKay

DECLARATION OF STEPHEN S. McKAY - 2
#771328 v1 / 43827-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100