

MILLER NASH LLP
ATTORNEYS AT LAW

PORTLAND, OREGON
SEATTLE, WASHINGTON
VANCOUVER, WASHINGTON
CENTRAL OREGON
WWW.MILLERNASH.COM

4400 Two Union Square
601 Union Street
Seattle, Washington 98101-2352
OFFICE 206.622.8484
FAX 206.622.7485

**Geoffrey Groshong**
geoff.groshong@millernash.com
(206) 777-7419 direct line

February 22, 2011

**VIA CM-ECF ONLY**

The Honorable Karen A. Overstreet
United States Bankruptcy Judge
700 Stewart Street, Room 7216
Seattle, Washington 98101

Subject: Taco Del Mar Franchise Corp. / Conrad & Barry Investments, Inc.
Bankruptcy Case No. 10-10528 (lead case)
Destro Complaint for Administrative Expense
Adversary Proceeding No. 11-01166
Request for Continuance of Status Conference

Dear Judge Overstreet:

      I have received email agreement from Mr. Treperinas, counsel for the administratively consolidated Debtors, and Ms. Ellsworth, counsel for Larry Destro, that the telephonic status conference currently scheduled for March 15, 2011, at 9:00 a.m., may be continued to March 29, 2011, at 9:00 a.m. The parties respectfully request that the status conference be rescheduled to March 29, 2011, at 9:00 a.m. Thank you.

Best regards,

MILLER NASH LLP

Geoffrey Groshong

cc: G. Treperinas, Esq. (via ECF only)
     M. Ellsworth, Esq. (via ECF only)

SEADOCS:430310.1